UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

RECEIVED
Ac
2012 FEB 24 PM 12: 44

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

MARIO THOMAS
2359 Barbaro Drive
Bartlett, TN 38134
(Name of plaintiff or plaintiffs)

v.

CIVIL ACTION NO. _____

QDOBA Mexican Grill
7111 Southcrest Parkway, Suite 101
Southaven, MS 38671
(Name of defendant or defendants)

## COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 U.S.C. §2000e-5(g).

2. Plaintiff, MARIO THOMAS
(name of plaintiff)

is a citizen of the United States and resides at 2359 Barbaro Drive
(street address)

Bartlett            United States of America            Tennessee
(city)                        (country)                        (state)

38134                                901-215-6330
(zip code)                              (telephone number)

Revised 4-18-08

3. Defendant **QDOBA MEXICAN GRILL**
   (defendant's name)
   lives at, or its business is located at **7111 Southcrest Parkway Suite 101**
   (street address)
   **Southaven, MS 38671**

4. Plaintiff sought employment from the defendant or was employed by the defendant at
   **7111 Southcrest Parkway Suite 101**
   (street address)

   | Southaven | U.S.A. | MS | 38671 |
   |---|---|---|---|
   | (city) | (country) | (state) | (zip code) |

5. Defendant discriminated against plaintiff in the manner indicated in paragraph 9 of this complaint on or about **13th   September   2010**
   (day)   (month)   (year)

6. Defendant filed charges against the defendant with the Tennessee Fair Employment Commission charging defendant with the acts of discrimination indicated in paragraph 9 of this complaint on or about **14th   September   2010**
   (day)   (month)   (year)

7. Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission charging defendant with the acts of discrimination indicated in paragraph 9 of this complaint on or about **14th   September   2010**
   (day)   (month)   (year)

8. The Equal Employment Opportunity Commission issued a Notice of Right to Sue, which was received by plaintiff on **2nd   Dec.   2011**. (Attach a copy of the notice to
   (day) (month) (year)
   this complaint.)

9. Because of plaintiff's  (1) **X** race, (2) **X** color, (3) ___ sex, (4) ___ religion, (5) **X** national origin, defendant

    (a) ____ failed to employ plaintiff.

    (b) **X** terminated plaintiff's employment.

    (c) **X** failed to promote plaintiff.

    (d) ____ _____

Revised 4-18-08

10. The circumstances under which defendant discriminated against plaintiff were as follows: ON MARCH 12, 2010, I (MARIO THOMAS) WAS hired with the Above Employer As a Cook. Since I was hired with the Above employer, I have been subjected to Unequal terms and Conditions of my Employment unlike a Similarly situated White Employee (DANiel LNU). I and Another Black Employee (OcToNio Sykes) were Denied full time hours. In Addition, the Line Supervisor (Sherry LNU) cursed At Employees in a disrespectful manner And Required the Black Employees to wear their uniform hats but She did not Require the white employee to wear his hat. After having an on the Job injury, my work schedule was changed without Notifying me. On September 13, 2010, I was taken off the schedule. I believe I have been Discriminated Against because of my Race (Black).

11. The acts set forth in paragraph 9 of this complaint

   (a) ____ are still being committed by defendant.

   (b) ____ are no longer being committed by defendant.

   (c) _X_ may still be being committed by defendant.

12. Please attach to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission, which are submitted as a brief statement of the facts supporting this complaint.

WHEREFORE, Plaintiff prays that the Court grant the following relief to the plaintiff:

   (a) ____ Defendant be directed to employ plaintiff, or

   (b) ____ Defendant be directed to re-employ plaintiff, or

   (c) ____ Defendant be directed to promote plaintiff, or;

   (d) _X_ Defendant be directed to Compensate Plaintiff

and that the Court grant such other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

13.   I would like to have my case tried by a jury.   Yes (X)   No ( )

_____
SIGNATURE OF PLAINTIFF

Revised 4-18-08